UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X

In re:                                                               Case No. 1-17-41789-nhl

Iliya Honovich,                                   Chapter 13

                                       Debtor.
---------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Application dated August 10, 2017 (the "Application") of Federal National Mortgage Association ("Fannie Mae") (the "Movant"), by its attorneys, Rosicki, Rosicki & Associates, P.C., seeking an Order: (i) modifying and terminating the automatic stay to permit the Movant to exercise all of its rights and remedies with respect to certain collateral consisting of the real property known as 3021 Brighton 7th Street, Brooklyn, NY 11235 (the "Premises"); and (ii) granting Movant such other and further relief as the Court deems just and proper; and the Application having come before this Court to be heard on October 4, 2017; and no opposition to the relief requested having been heard; and upon the affidavit of service filed with the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that the automatic stay is modified to allow Movant, its successors and/or assigns, to pursue its rights under applicable law as to the property known as 3021 Brighton 7th Street, Brooklyn, NY 11235; and it is further

*[The Order continues on the following page.]*

**ORDERED**, that in the event a foreclosure sale of the concerned Premises results in a surplus, the Case Trustee shall be notified.



Dated: Brooklyn, New York
October 12, 2017

/s/ Carla E. Craig
**Carla E. Craig**
**United States Bankruptcy Judge**